IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY JOHNSON,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. |
| ) | 06-0494-BH-C |
| RESIN PARTNERS, INC. d/b/a  ) | |
| U.S. LEISURE,  ) | |
| ) | |
| Defendant.  ) | |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, Resin Partners, Inc., and against the plaintiff, Nancy Johnson, the plaintiff to have and recover nothing from this defendant. It is **FURTHER ORDERED** that this action be and is hereby **DISMISSED with prejudice.** Costs are taxed against the plaintiff.

**DONE** this 18th day of December, 2006.

                                                    s/ W. B. Hand
                                                  SENIOR DISTRICT JUDGE